UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ROBERTO SANCHEZ-JIMENEZ, et al.,<br><br>Defendant(s). | Case No. 2:13-CR-300 JCM (GWF)<br><br>ORDER |

Presently before the court is *United States v. Sanchez-Jimenez*, case no. 2:13-cr-00300-JCM-GWF. Roberto Sanchez-Jimenez ("petitioner") filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Doc. #87). The United States ("respondent") has not filed a response to the motion and more than 30 days have passed.

Accordingly,

It is ORDERED that respondent file a response to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 no later than 14 days from the date of this order

DATED February 8, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**